In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Real Property Extending Northerly from Eastern Boulevard and Ferris Avenue to the Westerly Pier and Bulkhead Line of the Hutchinson River Near Allerton Avenue for the Hutchinson River Parkway Extension, and a Site Bounded by Edison Avenue, Waterbury Avenue, Bradford Avenue and LaSalle Avenue as a Public Park, in the Borough of the Bronx, City of New York, Excepting Therefrom the Lands within Said Property Now Owned by the City of New York and the Lands within the Normal Right-of-Way of the New York, New Haven and Hartford Railroad Company, the Right-of-Way of the Interborough Rapid Transit Company, St. Raymond's Cemetery, and the Areas within the Established Lines of Certain Streets, Which Real Property Is Duly Selected as a Site for Park and Parkway Purposes and Approved According to Law. THE CITY OF NEW YORK, Petitioner, Respondent; HENRY STEERS, INC., Claimant, Appellant.— Final decree, so far as appealed from, unanimously modified by increasing the rate of interest to six

per centum from April 25, 1938, to July 1, 1939. In all other respects the final decree is affirmed, with costs to the appellant. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Dore and Cohn, JJ.